IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WINDIE BISHOP, et al.,

   Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-1505-TWT

**ORDER**

    This is a consumer class action. It is before the Court on the Plaintiffs' Motion for Leave to File Second Amended Complaint [Doc. 53]. Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires." However, leave to amend may be denied where there has been undue delay or where the amendment would be futile. Espey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984); Burger King Corporation v. C. R. Weaver, 169 F.3d 1310, 1319 (11th Cir. 1999). The proposed Second Amended Complaint would add new parties, new claims and new issues on the eve of the deadline to file for class certification. The Plaintiffs have not shown good cause to amend the Scheduling

Order. The Plaintiffs' Motion for Leave to File Second Amended Complaint [Doc. 53] is DENIED.

SO ORDERED, this 17 day of April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge