# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WINDIE BISHOP and LAURYN FAYSON, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01505-TWT |

## PLAINTIFFS' MOTION FOR RECONSIDERATION
## AS TO DENIAL OF MOTION FOR LEAVE TO AMEND [DKT. NO. 56]

A motion for reconsideration is appropriate "to correct a clear error of law or fact." *Bryan v. Murphy*, 246 F. Supp. 2d 1256, 1259 (N.D. Ga. 2003); *see also* L.R. 7.2(E). Plaintiffs respectfully request that the Court reconsider its ruling, Dkt. 56, denying their Motion for Leave to File a Second Amended Complaint, Dkt. 53. The Court denied leave to amend because it found that Plaintiffs' request came "on the eve of the deadline to file for class certification." However, the Scheduling Order, Dkt. 39, makes Plaintiffs' motion for class certification due on June 12, 2019 – fourteen months from when the request for leave to amend was filed, and still more than a year from now.

Reconsideration motions are seldom appropriate.  This, however, is the rare situation where the Court's ruling appears to depend upon an erroneous reading of the scheduling order.  *See Bryan*, 246 F. Supp. 2d at 1259.

Plaintiffs therefore ask that the Court reconsider the motion on the papers the parties previously submitted, Dkt. Nos. 53, 54 and 55.

Respectfully submitted,

Dated: April 27, 2018

By: */s/ Alexander H. Burke*

BURKE LAW OFFICES, LLC
Alexander H. Burke (*pro hac vice*)
Email: aburke@burkelawllc.com
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

SKAAR & FEAGLE, LLP
James M. Feagle
Georgia Bar No. 256916
Email: jfeagle@skaarandfeagle.com
Clifton Dorsen
Georgia Bar No. 149254
Email: cdorsen@skaarandfeable.com
2374 Main Street, Suite B
Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855

Justin T. Holcombe
Georgia Bar No. 552100
Email: jholcombe@skaarandfeable.com
Kris K. Skaar
Georgia Bar No. 649610
Email: krisskaar@aol.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600
Facsimile: (404) 601-1855 fax

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice*)
Email: mwilson@dmlaws.com
Michael J. Boyle, Jr. (*pro hac vice*)
Email: mboyle@meyerwilson.com
1320 Dublin Rd., Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rules 5.1.C and 7.1.D of the Northern District of Georgia, that the foregoing was prepared in 14-point Times New Roman font.

April 27, 2018.

                                                  */s/*     *Alexander H. Burke*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

April 27, 2018.

                                                  */s/*     *Alexander H. Burke*