IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WINDIE BISHOP and LAURYN FAYSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 1:17-cv-01505-TWT<br><br>JURY TRIAL DEMANDED |

**WELLS FARGO BANK'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DKT #57]**

Wells Fargo Bank, N.A. hereby opposes Plaintiffs' motion for reconsideration, Dkt. No. 57. This Court correctly concluded that Plaintiffs have not shown good cause to amend the Scheduling Order. *See* Dkt. No. 56. As set forth in Wells Fargo's opposition to the motion for leave to amend, Plaintiffs have failed to demonstrate good cause to add a new Plaintiff whose claims could have been brought within the deadlines set by this Court, insert new allegations about which they have long been aware, or allege theories that are barred as a matter of law and thus futile. *See* Dkt. No. 54; *see also* Order, Dkt. 56 ("[L]eave to amend may be denied where there has been undue delay or where the amendment would be futile.").

This Court's Order is correctly decided. Denial of leave to amend is appropriate and reconsideration should be denied.

Respectfully submitted this 4th day of May, 2018.

*/s/ Stephen W. Riddell*
Stephen W. Riddell
(Georgia Bar No. 604810)
stephen.riddell@troutmansanders.com
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree St., N.E., Suite 5200
Atlanta, GA 30308
(404) 885-3000 / (404) 885-3900 (fax)

Mark D. Lonergan*
mdl@severson.com
John B. Sullivan*
jbs@severson.com
Rebecca S. Saelao*
rss@severson.com
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

John C. Lynch*
john.lynch@troutmansanders.com
David M. Gettings*
david.gettings@troutmansanders.com
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7500 / (757) 687-7510 (fax)

Chad R. Fuller*
chad.fuller@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
(858) 509-6056 / (858) 509-6040 (fax)

*Admitted pro hac vice

*Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I certify that the foregoing document was prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

_____

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notification of such filing to all registered counsel of record.

_____