**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WINDIE BISHOP and LAURYN FAYSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 1:17-cv-01505-TWT |

**PLAINTIFFS' REPLY IN SUPPORT OF RECONSIDERATION
AS TO LEAVE TO AMEND**

Plaintiffs have requested [Dkt. No. 57] that the Court reconsider their motion for leave to amend the Complaint in light of an apparent misreading of the scheduling order.

Although Wells Fargo's opposition brief states that the underlying motion was "correctly decided," Wells Fargo recently conceded that it *agrees with Plaintiffs* "that the class cert. motion is due in June 2019." Exhibit A. Thus, although the parties continue to disagree as to the merits of the underlying motion, the parties agree that the Court's order apparently was based upon an erroneous reading of the scheduling order.

Plaintiffs therefore respectfully submit that reconsideration of the underlying Motion for Leave to File Second Amended Complaint [Dkt. No. 53] is appropriate, and request that the Court reconsider that motion, anew.

Respectfully submitted,

Dated: May 9, 2018  By:  */s/ Alexander H. Burke*

BURKE LAW OFFICES, LLC
Alexander H. Burke (*pro hac vice*)
Email: aburke@burkelawllc.com
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

SKAAR & FEAGLE, LLP
James M. Feagle
Georgia Bar No. 256916
Email: jfeagle@skaarandfeagle.com
Clifton Dorsen
Georgia Bar No. 149254
Email: cdorsen@skaarandfeable.com
2374 Main Street, Suite B
Tucker, GA 30084
Telephone: (404) 373-1970
Facsimile: (404) 601-1855

Justin T. Holcombe
Georgia Bar No. 552100
Email: jholcombe@skaarandfeable.com
Kris K. Skaar
Georgia Bar No. 649610
Email: krisskaar@aol.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Telephone: (770) 427-5600
Facsimile: (404) 601-1855 fax

MEYER WILSON CO., LPA
Matthew R. Wilson (*pro hac vice*)
Email: mwilson@dmlaws.com
Michael J. Boyle, Jr. (*pro hac vice*)
Email: mboyle@meyerwilson.com
1320 Dublin Rd., Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Local Rules 5.1.C and 7.1.D of the Northern District of Georgia, that the foregoing was prepared in 14-point Times New Roman font.

May 9, 2018.

*/s/     Alexander H. Burke*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/     Alexander H. Burke*