**Alexander Burke**

| | |
|---|---|
| **From:** | Rebecca S. Saelao |
| **Sent:** | Thursday, April 26, 2018 2:03 PM |
| **To:** | 'Alexander Burke'; Daniel M. Hutchinson; Matthew Wilson; Michael Boyle; Dan Marovitch; Justin Holcombe |
| **Cc:** | Mark D. Lonergan; John B. Sullivan; john.lynch@troutmansanders.com; Gettings, David M. |
| **Subject:** | RE: Bishop/Bacon WFB-Bacon 009902-010242 |

Alex,

Yes, we calculate that the class cert. motion is due in June 2019.

Sincerely,

**Rebecca S. Saelao**
**Attorney**
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Main: (415) 398-3344
Direct: (415) 677-5684
Email: rss@severson.com
www.severson.com

This message, and any derivative transmission, may contain privileged and/or confidential information. If you are not the intended recipient, do not use, rely on, disseminate, or copy this material. If you received this transmission in error, please immediately notify the sender and delete the transmission.

---

**From:** Alexander Burke [mailto:ABurke@burkelawllc.com]
**Sent:** Thursday, April 26, 2018 12:01 PM
**To:** Rebecca S. Saelao; Daniel M. Hutchinson; Matthew Wilson; Michael Boyle; Dan Marovitch; Justin Holcombe
**Cc:** Mark D. Lonergan; John B. Sullivan; john.lynch@troutmansanders.com; Gettings, David M.
**Subject:** RE: Bishop/Bacon WFB-Bacon 009902-010242

Counsel,

Following up on this question.

Does Wells Fargo believe class certification is due in June 2019?

Alex

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

**From:** Alexander Burke <ABurke@BurkeLawLLC.com>
**Sent:** Wednesday, April 25, 2018 9:36 AM
**To:** 'Rebecca S. Saelao' <rss@severson.com>; 'Daniel M. Hutchinson' <dhutchinson@lchb.com>; 'Matthew Wilson' <mwilson@meyerwilson.com>; 'Michael Boyle' <mboyle@meyerwilson.com>; Dan Marovitch <dmarovitch@burkelawllc.com>; 'Justin Holcombe' <jholcombe@skaarandfeagle.com>
**Cc:** 'Mark D. Lonergan' <mdl@severson.com>; 'John B. Sullivan' <jbs@severson.com>; 'john.lynch@troutmansanders.com' <john.lynch@troutmansanders.com>; 'Gettings, David M. (Dave.Gettings@troutmansanders.com)' <Dave.Gettings@troutmansanders.com>
**Subject:** RE: Bishop/Bacon WFB-Bacon 009902-010242

Counsel,

We have reviewed Judge Thrash's order on our motion for leave to amend, and believe that the Court made an error.

While the Court found that the motion for leave to amend was filed on the "eve" of the class certification motion deadline, the scheduling order says that the class certification motion is not due until June 12, 2019.

While we understand that your view of whether we should be allowed to file the second amended complaint likely has not changed, we think it is appropriate to bring the timing error to the Court's attention.

Please let us know if you disagree with the timing I lay out here.

Alex

## BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

---

**From:** Alexander Burke <ABurke@BurkeLawLLC.com>
**Sent:** Wednesday, April 25, 2018 9:17 AM
**To:** 'Rebecca S. Saelao' <rss@severson.com>; 'Daniel M. Hutchinson' <dhutchinson@lchb.com>; 'Matthew Wilson' <mwilson@meyerwilson.com>; 'Michael Boyle' <mboyle@meyerwilson.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** 'Mark D. Lonergan' <mdl@severson.com>; 'John B. Sullivan' <jbs@severson.com>; 'john.lynch@troutmansanders.com' <john.lynch@troutmansanders.com>; 'Gettings, David M. (Dave.Gettings@troutmansanders.com)' <Dave.Gettings@troutmansanders.com>
**Subject:** RE: Bishop/Bacon WFB-Bacon 009902-010242

Thanks, Rebecca.

When will you finish producing policy, practice and procedure documents for WFHM and EFS, and when will you tell us what other lines of business exist that made non-push-button (dialer) outbound calls, that you're not producing, and what objection such non-production is based?

Alex

## BURKE LAW OFFICES, LLC

155 N. Michigan Ave., Suite 9020

Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

---

**From:** Rebecca S. Saelao <rss@severson.com>
**Sent:** Tuesday, April 24, 2018 4:44 PM
**To:** 'Alexander Burke' <ABurke@burkelawllc.com>; Daniel M. Hutchinson <dhutchinson@lchb.com>; Matthew Wilson <mwilson@meyerwilson.com>; Michael Boyle <mboyle@meyerwilson.com>; Dan Marovitch <dmarovitch@burkelawllc.com>
**Cc:** Mark D. Lonergan <mdl@severson.com>; John B. Sullivan <jbs@severson.com>; john.lynch@troutmansanders.com; Gettings, David M. (Dave.Gettings@troutmansanders.com) <Dave.Gettings@troutmansanders.com>
**Subject:** Bishop/Bacon WFB-Bacon 009902-010242

Alex,

At the attached link are documents Bates stamped WFB-Bacon 009902-010242.  These are exemplar agreements for student loans, online access, personal loans, credit card, and demand deposit accounts.

https://severson.securevdr.com/d-sc19b605c72f43dc8 **[Password to be sent by separate cover]**

Separately, we are gathering policies and procedures for Wells Fargo Home Mortgage (WFHM) and Education Financial Services (EFS), as indicated in my email last week.

Sincerely,

Rebecca S. Saelao
**Rebecca S. Saelao**
**Attorney**
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Main: (415) 398-3344
Direct: (415) 677-5684
Email: rss@severson.com
www.severson.com

This message, and any derivative transmission, may contain privileged and/or confidential information. If you are not the intended recipient, do not use, rely on, disseminate, or copy this material. If you received this transmission in error, please immediately notify the sender and delete the transmission.