```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION


   WINDIE BISHOP and LAURYN       )
   FAYSON, on behalf of           )
   themselves and all others      )
   similarly situated,            )
                                  ) CIVIL ACTION
                 Plaintiffs,      )
                                  ) NO.: 1:17-CV-01505-TWT
   VS.                            )
                                  )
   WELLS FARGO BANK, N.A.         )
                                  )
                 Defendant.
   ------------------------------------
             ORAL AND VIDEOTAPED DEPOSITION OF
                          TIM RAE
                       JULY 12, 2018
   ------------------------------------
```

ORAL AND VIDEOTAPED DEPOSITION OF TIM RAE, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on July 12, 2018, from 10:30 a.m. to 12:36 p.m., before Claudia White, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Veritext, 600 North Pearl Street, Suite 2230, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure.

Job No. 2963784

1   ███████████████████████████████

2   Q.  Okay.  So what would you do if you wanted to
3   figure out whether there were calls to Ms. Fayson's
4   number placed by any other Wells Fargo line of business
5   or division using the Aspect dialer?
6   A.  I would have to reach out to those lines of
7   businesses.
8   Q.  What lines of business would you reach out to
9   to determine whether the statement in paragraph 15 was
10  true as to Plaintiff Fayson to determine whether Wells
11  Fargo Bank, NA, placed any Aspect calls to the 2735
12  number on any line of business other than auto?
13              MR. LONERGAN:  Objection, assumes facts not
14  in evidence, misstates the document.
15              You can answer.
16  A.  If it's not related to an auto product, I would
17  have to reach out to different lines of businesses and
18  have to do research to who actually to reach out to.
19  Q.  (BY MR. BURKE)  What lines of business do you
20  know use the Aspect dialer?
21              MR. LONERGAN:  Objection, calls for
22  speculation, lacks foundation.
23  A.  I'm not positive exactly which lines of
24  business use what -- what product.
25  Q.  (BY MR. BURKE)  Does mortgage use the Aspect

1 dialer?
2    A. Yes, they do.
3    Q. Does the deposit side use the Aspect dialer,
4 any Aspect dialer?
5    A. I do not know.
6    Q. How about student loan, does student loan use
7 Aspect dialers?
8    A. I'm unfamiliar with that either.
9    Q. How about the telemarketing side, are you aware
10 of any calls that Wells Fargo Bank, NA, has made using
11 the Aspect dialer for telemarketing purposes across any
12 line of business?
13       MR. LONERGAN: Objection, vague and
14 ambiguous, lacks foundation.
15       You can answer.
16    A. Yeah. I'm not aware of any telemarketing with
17 any groups. I wouldn't have any of that information.
18    Q. (BY MR. BURKE) How about personal wealth?
19    A. I'm unfamiliar.
20    Q. What are the different lines of business -- how
21 about credit card, do they use an Aspect dialer?
22    A. I'm unfamiliar with what they use. The only
23 ones I'm familiar with is, really, mortgage and Dealer
24 Services.
25    Q. What are the different lines of businesses that